IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MAUREEN KILANO<br>SSAN: XXX-XX-5202<br><br><br><br>Debtor(s) | Case No. 16-32253-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 18, 2016.

2. The debtor(s)' §341 Meeting of Creditors was held October 05, 2016.

(**X**) The debtor(s) failed to commence plan payment as required by 11 U.S.C. § 1326.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this November 01, 2016.

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: mckinneys@ch13mdal.com

/s/ *Sabrina L. McKinney*  
Sabrina L. McKinney  
Acting Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this November 01, 2016.

Copy to: DEBTOR(S)  
         RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*  
Sabrina L. McKinney  
Acting Chapter 13 Trustee